UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| SHANNON P. EVANS, | Civil No. 14-1011 (JRT/TNL) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

_____

Shannon P. Evans, Apartment A, 200 North Mill Street, Rushford, MN 55971, *pro se* plaintiff,

Pamela Marentette, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendant.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated July 30, 2015 (Docket No. 18), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (Docket No. 11) is **DENIED**; and

**2.** Defendant's Motion for Summary Judgment (Docket No. 14) is **GRANTED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 24, 2015       s/John R. Tunheim
at Minneapolis, Minnesota    JOHN R. TUNHEIM
                                     Chief Judge
                                     United States District Court